```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
RAYMOND LEWIS,                      :
                                    :
                Plaintiff,          :
                                    :  11 Civ. 2487(BSJ)(HBP)
         v.                         :
                                    :
                                    :       Order
CLARK'S TOWN POLICE DEPARTMENT, et al. :
                                    :
                Defendants.         :
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/12

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On February 15, 2012, Magistrate Judge Pitman issued a Report and Recommendation ("R&R"), recommending that this matter be transferred to the White Plains Courthouse, based on Rule 19 of this District's Rules for the Division of Business.

Magistrate Judge Pitman instructed both parties that failure to file objections within fourteen (14) days of the R&R would result in waiver of objections and preclude appellate review. Neither party filed written objections within that timeframe. Accordingly, both parties waived their objections and appellate review is precluded. See Thomas v. Arn, 474 U.S. 140, 155 (1985); see also IUE AFL-CIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993).

Upon review and consideration of the R&R, the Court finds it is neither "clearly erroneous" nor "contrary to law." See

FED. R. CIV. P. 72.  The Court, thus, adopts the R&R, and GRANTS, Defendants' motion to transfer this matter to the White Plains Courthouse.  No appeal may be taken from this Order.

The Clerk of the Court is directed to terminate the motion (dkt 22) and close this case.


SO ORDERED:

                                                  */s/ Barbara S. Jones*
                                                **BARBARA S. JONES**
                                                **UNITED STATES DISTRICT JUDGE**


Dated:     New York, New York
            April 25, 2012